NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2004-1544

DENNIS N. PIXTON,

Plaintiff-Appellee,

v.

B&B PLASTICS, INC. (doing business as Gambler),

Defendant-Appellant,

and

MICHAEL SURMAN,
and JOAN BRINGGER
(as personal representative of the estate of Jack Russell Bringger, III)

Defendants.

Appeal from the United States District Court for the Southern District of Florida in case no. 99-CV-6360, Judge Kenneth A. Marra.

--------------------------------------------------------------------------------

2004-1579

DENNIS N. PIXTON,

Plaintiff-Appellant,

v.

B&B PLASTICS, INC. (doing business as Gambler), MICHAEL SURMAN, and JOAN BRINGGER
(as personal representative of the estate of Jack Russell Bringger, III)

Defendants-Appellees.

Appeal from the United States District Court for the Southern District of Florida in case no. 99-CV-6360, Judge Kenneth A. Marra.

ON MOTION

ORDER

Dennis N. Pixton moves for an extension of time to file his brief and to correct the official caption to reflect that Michael Surman is a defendant-appellee in his capacity as an individual rather than as a personal representative. B&B Plastics, Inc. et al. move to substitute Jeff M. Brown as their principal counsel, replacing Richard Bagdasarian.

B&B Plastics submits its motion to substitute counsel in both appeals 2004-1544 and 2004-1579. However, appeal 2004-1544 was dismissed on August 31, 2005. Thus, the motion is moot with respect to appeal 2004-1544.

Accordingly,

IT IS ORDERED THAT:

(1)     The motion to substitute counsel in 2004-1544 is moot.

(2)     All other motions are granted. The revised official caption for 2004-1579 is reflected above.

FOR THE COURT

OCT 0 2 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:     Gayle E. Halligan, Esq.
        Richard C. Bagdasarian, Esq.
        Jeff M. Brown, Esq.
s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 0 2 2009

JAN HORBALY
CLERK

2004-1544, 2004-1579                    2